IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Day, | : |
| Plaintiff, | : |
| | : Case No. 3:16-CV-00437 |
| vs. | : |
| | : Judge Thomas M. Rose |
| Sgt. Kim Delong, et al., | : |
| Defendants. | : |

## NOTICE OF FILING OF DEPOSITION TRANSCRIPT OF JENNIFER L. ANGERER

The parties to this action will take notice that Defendants Jack Saunders, EMT and NaphCare, Inc. have filed with the Court the deposition transcript of Jennifer L. Angerer, taken in this matter on April 5, 2019. Pursuant to Local R. 2.09(IV), counsel certifies that said deposition transcript is being filed for the purpose of use at trial, for pending motions and for all other means under the law.

Respectfully submitted,

**s/ John B. Welch**
John B. Welch (0055337)
Counsel for Defendants Jack Saunders, EMT
and NaphCare, Inc.
ARNOLD TODARO WELCH & FOLIANO CO., L.P.A.
580 Lincoln Park Blvd., Suite 222
Dayton, OH 45429
Phone (937) 296-1600
Fax (937) 296-1644
jwelch@arnoldlaw.net

LAW OFFICES OF
ARNOLD TODARO
WELCH & FOLIANO

SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas D. Brannon, Esq.
Dwight D. Brannon, Esq.
Brannon & Associates
130 West Second Street
Suite 900
Dayton, OH  45402
dbrannon@branlaw.com
Counsel for Plaintiff

Michael L. Wright, Esq.
Wright & Schulte LLC
130 West Second Street
Suite 1600
Dayton, OH  45402
mwright@yourohiolegalhelp.com
co-Counsel for Plaintiff

Joseph D. Saks, Asst. Prosecuting Attorney
Alex J. Hale, Asst. Prosecuting Attorney
Montgomery County Prosecutor's Office
301 West Third Street
P.O. Box 972
Dayton, OH  45422
saksj@mcohio.org ; halea@mcohio.org
Counsel for Defendant
Montgomery County Board of Commissioners

Joseph M. McCandlish, Asst. Attorney General
Collections Enforcement
150 East Gay Street, 21st Floor
Columbus, OH  43215
joseph.mcCandlish@ohioattorneygeneral.gov
Counsel for Defendant State of Ohio, Department of
Medicaid fka Ohio Department of Job & Family Services

                              **s/ John B. Welch**
                              John B. Welch (S.C. #0055337)
                              Counsel for Defendants Jack Saunders, EMT
                              and NaphCare, Inc.
                              ARNOLD TODARO WELCH & FOLIANO CO., L.P.A.
                              580 Lincoln Park Blvd., Suite 222
                              Dayton, OH  45429
                              Phone   (937) 296-1600
                              Fax  (937) 296-1644
                              jwelch@arnoldlaw.net

LAW OFFICES OF
ARNOLD TODARO
WELCH & FOLIANO

SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH  45429
PHONE   (937) 296-1600
FAX       (937) 296-1644