# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JEFFREY DAY, | : | |
| Plaintiff, | : | Case No. 3:16-cv-437 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | | Magistrate Judge Michael J. Newman |
| KIM DELONG, et al., | : | |
| Defendants. | : | |

## ORDER OF TRANSFER FOR MEDIATION

With his consent, the above-captioned action is hereby transferred to United States Magistrate Judge Michael J. Newman solely for the purpose of conducting a mediation. Magistrate Judge Newman shall have full authority to conduct the mediation and shall report whether or not it has resulted in settlement of this case.

May 7, 2019                                                                 s/Sharon L. Ovington
                                                                                    Sharon L. Ovington
                                                                             United States Magistrate Judge