UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Jeffrey Day,

Case No.   3:16-cv-437

        Plaintiff,

Judge Thomas M. Rose

-v-

Sgt Kim Delong, et al.,

        Defendants.

_____

## ENTRY AND ORDER

_____

Plaintiff's Motion to Recaption The Case (Doc. 187) is GRANTED.   The caption is to read Jeffrey Day, Plaintiff v. NaphCare, Inc., et al., Defendants.   All subsequent pleadings should reflect the caption as modified.

IT IS SO ORDERED.

July 17, 2019                                                     **s/THOMAS M. ROSE**

_____
JUDGE THOMAS M. ROSE
UNITED STATED DISTRICT