IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Day, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 3:16-CV-00437 |
| vs. : | |
| : | Judge Thomas M. Rose |
| NaphCare, Inc., et al., : | |
| : | |
| Defendants. : | |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter, having concluded between Plaintiff Jeffrey Day and Defendants Jack Saunders, EMT and NaphCare, Inc., it is ORDERED that this action, including all causes of action, crossclaims or counterclaims, if any, is hereby DISMISSED WITH PREJUDICE. IT IS SO ORDERED.

*s/Thomas M. Rose*

HONORABLE THOMAS M. ROSE

APPROVED:

**/s/ Dwight D. Brannon**
Douglas D. Brannon (0076603)
Dwight D. Brannon (0021657)
Brannon & Associates
130 West Second Street, Suite 900
Dayton, OH 45402
P: 937-228-2306
F: 937-228-8475
dbrannon@branlaw.com ; douglasbrannon@branlaw.com
Counsel for Plaintiff

LAW OFFICES OF
ARNOLD TODARO
WELCH & FOLIANO

SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

**/s/ Michael L. Wright**
Michael L. Wright (0067698)
Wright & Schulte LLC
130 West Second Street, Suite 1600
Dayton, OH 45402
P: 937-222-7477
F: 937-222-7911
mwright@yourohiolegalhelp.com
Counsel for Plaintiff

**s/ John B. Welch**
John B. Welch (0055337)
Arnold Todaro Welch & Foliano Co., L.P.A.
580 Lincoln Park Blvd., Suite 222
Dayton, OH 45429
P: 937-296-1600
F: 937-296-1644
jwelch@arnoldlaw.net
Counsel for Defendants Jack Saunders, EMT
and NaphCare, Inc.

**s/ Joseph M. McCandlish**
Joseph M. McCandlish (0073775)
Asst. Attorney General, Collections Enforcement
150 East Gay Street, 21st Floor
Columbus, OH 43215
P: 614-466-6594
F: 614-752-9070
joseph.mcCandlish@ohioattorneygeneral.gov
Counsel for Defendant State of Ohio, Department of
Medicaid fka Ohio Department of Job & Family Services

CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas D. Brannon, Esq.
Dwight D. Brannon, Esq.
Brannon & Associates
130 West Second Street
Suite 900
Dayton, OH 45402
dbrannon@branlaw.com
Counsel for Plaintiff

LAW OFFICES OF

ARNOLD TODARO
WELCH & FOLIANO

SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH 45429
PHONE (937) 296-1600
FAX (937) 296-1644

2

Michael L. Wright, Esq.
Wright & Schulte LLC
130 West Second Street
Suite 1600
Dayton, OH  45402
mwright@yourohiolegalhelp.com
co-Counsel for Plaintiff

Anne M. Jagielski, Asst. Prosecuting Attorney
Montgomery County Prosecutor's Office
301 West Third Street
P.O. Box 972
Dayton, OH  45422
jagielskia@mcohio.org
co-Counsel for Defendants Robert Streck and
Montgomery County Board of Commissioners

Robert W. Hojnoski, Esq.
Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, OH  45202
rhojnoski@reminger.com
co-Counsel for Defendants Robert Streck and
Montgomery County Board of Commissioners

Joseph M. McCandlish, Asst. Attorney General
Collections Enforcement
150 East Gay Street, 21st Floor
Columbus, OH  43215
joseph.mcCandlish@ohioattorneygeneral.gov
Counsel for Defendant State of Ohio, Department of
Medicaid fka Ohio Department of Job & Family Services

           **s/ John B. Welch**
           John B. Welch (0055337)
           Counsel for Defendants Jack Saunders, EMT
           and NaphCare, Inc.
           ARNOLD TODARO WELCH & FOLIANO CO., L.P.A.
           580 Lincoln Park Blvd., Suite 222
           Dayton, OH  45429
           Phone   (937) 296-1600
           Fax  (937) 296-1644
           jwelch@arnoldlaw.net

LAW OFFICES OF

ARNOLD TODARO
WELCH & FOLIANO

SUITE 222
580 LINCOLN PARK BLVD.
DAYTON, OH  45429
PHONE   (937) 296-1600
FAX         (937) 296-1644