IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Day, :
:
     Plaintiff, :
: Case No. 3:16-CV-00437
  vs. :
: Judge Thomas M. Rose
NaphCare, Inc., et al., :
:
     Defendants. :

### ORDER OF DISMISSAL WITH PREJUDICE

This matter, having concluded between Plaintiff Jeffrey Day and Defendants Robert Streck and Montgomery County Board of Commissioners, it is ORDERED that this action, including all causes of action, crossclaims or counterclaims, if any, is hereby DISMISSED WITH PREJUDICE.  IT IS SO ORDERED.

                                              *s/Thomas M. Rose*

                                              HONORABLE THOMAS M. ROSE

APPROVED:

**/s/ Dwight D. Brannon**
Douglas D. Brannon (0076603)
Dwight D. Brannon (0021657)
Brannon & Associates
130 West Second Street, Suite 900
Dayton, OH  45402
P:  937-228-2306
F:  937-228-8475
dbrannon@branlaw.com ; douglasbrannon@branlaw.com
Counsel for Plaintiff

**/s/ Michael L. Wright**
Michael L. Wright (0067698)
Wright & Schulte LLC
130 West Second Street, Suite 1600
Dayton, OH  45402
P:  937-222-7477
F:  937-222-7911
mwright@yourohiolegalhelp.com
Counsel for Plaintiff


**s/ Robert W. Hojnoski**
Robert W. Hojnoski (0070062)
Reminger Co., LPA
525 Vine Street, Suite 1500
Cincinnati, OH  45202
P:  513-721-1311
F:  513-721-2553
rhojnoski@reminger.com
Counsel for Defendants Robert Streck and
Montgomery County Board of Commissioners


**s/ Anne M. Jagielski**
Anne M. Jagielski (0093047)
Asst. Prosecuting Attorney
Montgomery County Prosecutor's Office
301 West Third Street
P.O. Box 972
Dayton, OH  45422
P:  937-496-7193
F:  937-225-4822
jagielskia@mcohio.org
Counsel for Defendants Robert Streck and
Montgomery County Board of Commissioners


**s/ Joseph M. McCandlish**
Joseph M. McCandlish (0073775)
Asst. Attorney General, Collections Enforcement
150 East Gay Street, 21st Floor
Columbus, OH  43215
P:  614-466-6594
F:  614-752-9070
joseph.mcCandlish@ohioattorneygeneral.gov
Counsel for Defendant State of Ohio, Department of
Medicaid fka Ohio Department of Job & Family Services

CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Douglas D. Brannon, Esq.
Dwight D. Brannon, Esq.
Brannon & Associates
130 West Second Street
Suite 900
Dayton, OH 45402
dbrannon@branlaw.com
Counsel for Plaintiff

Michael L. Wright, Esq.
Wright & Schulte LLC
130 West Second Street
Suite 1600
Dayton, OH 45402
mwright@yourohiolegalhelp.com
co-Counsel for Plaintiff

John B. Welch, Esq.
Arnold Todaro Welch & Foliano Co., L.P.A.
580 Lincoln Park Blvd., Suite 222
Dayton, OH 45429
jwelch@arnoldlaw.net
Counsel for Defendants Jack Saunders, EMT
and NaphCare, Inc.

Joseph M. McCandlish, Asst. Attorney General
Collections Enforcement
150 East Gay Street, 21st Floor
Columbus, OH 43215
joseph.mcCandlish@ohioattorneygeneral.gov
Counsel for Defendant State of Ohio, Department of
Medicaid fka Ohio Department of Job & Family Services

                          **s/ Robert W. Hojnoski**
                          Robert W. Hojnoski (0070062)
                          Counsel for Defendants Robert Streck and
                          Montgomery County Board of Commissioners
                          REMINGER CO., LPA
                          525 Vine Street, Suite 1500
                          Cincinnati, OH 45202
                          Phone  (513) 721-1311
                          Fax     (513) 721-2553
                          rhojnoski@reminger.com